UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Chris Langer

             Plaintiff,

v.

Jacob Marcus et al

             Defendants.

Case No.  CV 18-05622-AB (PLAx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 25, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE